UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01622-SSS-KKx | Date | October 30, 2023 |
| Title | *Sahila Patricia Cruz v. Nissan North America, Inc., et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE TRIAL FILINGS**

On January 26, 2023, the Court issued the Civil Trial Order requiring the parties to submit two rounds of trial filings. [Dkt. 19 at 4]. The first round of trial filings were due October 27, 2023, and the second are due on November 10, 2023. [*Id.*]. As of this date, the parties have failed to file their first round of trial filings.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this Court should not dismiss this case for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Additionally, both parties are **ORDERED TO SHOW CAUSE** why this Court should not impose sanctions for their failure to comply with the Civil Trial Order and otherwise communicate with the Court. The parties must file a written response to this order in writing by no later than **November 6, 2023**. The order to show cause may be discharged if the parties file their first round of trial filings by the previously mentioned date and sufficiently explain their failure to comply with the Civil Trial Order.

**IT IS SO ORDERED.**